1

2

3

4                      UNITED STATES DISTRICT COURT

5                     EASTERN DISTRICT OF CALIFORNIA

6

7    KYLE BACCHI, on behalf of          No. 2:13-cv-01659-GEB-KJN
     himself and a class of others
8    similarly situated,

9              Plaintiffs,             **STATUS (PRETRIAL SCHEDULING)
                                       ORDER**
10        v.

11   TARGET CORPORATION, a
     Minnesota corporation; and
12   DOES 1 through 25, inclusive,

13             Defendants.

14

15        The parties' Joint Status Report ("JSR") filed November

16   25, 2013, reveals this case is not ready to be scheduled. The

17   parties state in the JSR concerning possible amendment as

18   follows:

19        **1. Plaintiff's Statement**

20             Counsel for Plaintiff has informed
          counsel for Defendant that Plaintiff intended
21        to limit the class to the location where
          Plaintiff worked. Namely in Paragraph 16,
22        Plaintiff states: ["]Numerosity. (Code Civ.
          Proc., § 382.) The Class is so numerous (on
23        information and belief, in excess of 15
          members)["]
24
               Plaintiff's counsel has requested
25        counsel for defendant to stipulate to remand
          the matter to state Court in light of the
26        inadvertence. Counsel for Defendant refuses
          to stipulate. Should the Court not remand
27        this matter sua sponte, Plaintiff intends to
          file a Motion to Dismiss without prejudice
28        under FRCP 41 (a)(2) and refile the matter in

                                   1

1              state court with the limiting language. In
           the alternative, Plaintiff will file a First
2              Amended Complaint.

3              **2. Target's Statement**

4                 Target's counsel communicated to
           plaintiff's counsel its potential willingness
5              to stipulate to amend the pleadings during
           the parties' early meeting of counsel under
6              Rule 26(f), without conceding that any
           stipulation would affect the Court's
7              jurisdiction—because it would not. Under
           well-established law, post-removal amendments
8              to the complaint do not deprive the court of
           subject matter jurisdiction under the Class
9              Action Fairness Act of 2005 ("CAFA"), Pub. L.
           109-2, § 4(a), 119 Stat. 9, if it existed at
10             the time of filing and at the time of
           removal; and plaintiff does not appear to
11             contest that subject matter jurisdiction was
           proper, based on his initial pleading, at the
12             time of filing or removal. To date, plaintiff
           has not provided Target with a copy of his
13             proposed amended complaint.

14  (JSR 2:9-27, ECF No. 5.) Plaintiff also states later in the JSR

15  that he "will seek leave of court to file a motion for class

16  certification[,] but "requests that the court schedule the Motion

17  for Class Certification after it has ruled on whether this matter

18  should be remanded in light of Plaintiff's Motion to Dismiss

19  without prejudice under FRCP 41 (a)(2) or Motion/Stipulation to

20  file a First Amended Complaint." (Id. at 4:16-19.)

21        Plaintiffs' representations fail to comply with

22  Plaintiff's obligation under Rule 16 to provide meaningful

23  information on when the referenced matters will be filed. Such

24  information is necessary to enable the Court to schedule this

25  action appropriately and in accordance with Federal Rule of Civil

26  Procedure 23(c)(1), which prescribes: "the court must determine

27  by order whether to certify the action as a class action" at "an

28  early practicable time."

1    Therefore, the Status (Pretrial Scheduling) Conference

2  set for December 9, 2013, is continued to January 21, 2014, at

3  9:00 a.m. A further joint status report shall be filed no later

4  than fourteen (14) days prior to the Status Conference, in which

5  Plaintiff shall propose a briefing schedule for the referenced

6  motions.

7    IT IS SO ORDERED.

8    Dated:  December 2, 2013

9

10   _____

11   GARLAND E. BURRELL, JR.
     Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28