MORRIS NAZARIAN (Cal. State Bar No. 230275)
LAW OFFICES OF MORRIS NAZARIAN
1925 Century Park East, Suite 2120
Los Angeles, California 90067
Telephone: (310) 284-7333
Facsimile: (310) 284-7332
monazarian@yahoo.com

Attorneys for Plaintiff Kyle Bacchi

JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
BRITTANY A. SACHS (Cal. State Bar No. 287651)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com
brittanysachs@paulhastings.com

Attorneys for Defendant Target Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BACCHI, on behalf of himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 2:13-cv-01659-GEB-KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Status (Pretrial Scheduling) Conference in this action be and hereby is continued from January 21, 2014, to February 3, 2014, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  December 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge