UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BACCHI, on behalf of himself and a class of others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>TARGET CORPORATION, a Minnesota corporation,<br><br>              Defendant.* | No. 2:13-cv-01659-GEB-KJN<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

The status (pretrial scheduling) conference scheduled for hearing on February 3, 2014, is vacated since the parties' Joint Status Report filed January 17, 2014 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

Since Plaintiffs have not justified Doe defendants remaining in this action, Does 1-25 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed August 12, 2013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

---

* The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

MOTION FOR CLASS CERTIFICATION

The parties' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than September 8, 2014; an opposition or statement of non-opposition to the motion shall be filed no later than September 29, 2014; and any reply shall be filed no later than October 6, 2014. The hearing on the motion shall be noticed for October 20, 2014, at 9:00 a.m.

SCHEDULING FURTHER STATUS REPORT

A further Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on January 26, 2015. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated:  January 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge