Morris Nazarian (SBN 230275)
**LAW OFFICES OF MORRIS NAZARIAN**
1925 Century Park East, Suite 2120
Los Angeles, California 90067
Telephone: (310) 284-7333
Facsimile: (310) 284-7332

Attorney for Plaintiff
KYLE BACCHI, et al.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BACCHI, on behalf of himself and a class of others similarly situated,<br><br>  Plaintiff,<br><br> vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 25, inclusive,<br><br>  Defendants. | CASE NO: 2:13-CV-01659 GEB KJN<br><br>ORDER RE STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

IT IS HEREBY ORDERED that the foregoing stipulation and the attached FIRST AMENDED COMPLAINT be filed pursuant to the terms thereof, and made a part of the record herein; and that defendant Target Corporation's Answer .

Dated: March 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 1 -

**ORDER RE STIPULATION TO FILE FIRST AMENDED COMPLAINT**