1 | MORRIS NAZARIAN (Cal. State Bar No. 230275)
LAW OFFICES OF MORRIS NAZARIAN
2 | 1925 Century Park East, Suite 2120
Los Angeles, California  90067
3 | Telephone: (310) 284-7333
Facsimile:  (310) 284-7332
4 | monazarian@yahoo.com

5 | Attorneys for Plaintiff Kyle Bacchi

6 | JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
7 | PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
8 | 55 Second Street, 24th Floor
San Francisco, California  94105
9 | Telephone: (415) 856-7000
Facsimile:  (415) 856-7100
10 | jeffwohl@paulhastings.com
rishisharma@paulhastings.com
11 | petercooper@paulhastings.com

12 | Attorneys for Defendant Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BACCHI, on behalf of himself and a class of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 2:13-CV-01659 GEB KJN<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE** |

On the stipulation of the parties,

IT IS ORDERED that plaintiff Kyle Bacchi's individual claims be and hereby are DISMISSED WITH PREJUDICE and the class claims asserted in the action be and hereby are DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated:  January 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge